United States District Court
Eastern District of Michigan

| | |
|---|---|
| Jose Daniel Contreras-Cervantes, Fredy De Los Angeles-Flores, Mariela Virginia Ocando-Leon, Luis Felipe Jarquin-Jarquin, Debbie Vasquez-Cruz, Jairo Manuel Godoy-Perez, Marifer Diaz-Alcantar, and Miguel Angel Reyes-Sanchez, | Civil No. 25-13073<br><br>Honorable Laurie J. Michelson<br>Mag. Judge Curtis Ivy, Jr. |
| Petitioners, | |
| v. | |
| Kevin Raycraft, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary, U.S. Department of Homeland Security; Pamela Bondi, in her official capacity as U.S. Attorney General; and Executive Office for Immigration Review | |
| Respondents. | |

## Stipulation and Order Requiring Response

On September 29, 2025, petitioners filed a petition for a writ of habeas corpus challenging their detention by ICE, (ECF No. 1). For good cause, the Court may set a deadline for the respondents to respond to the petition. *See* 28 U.S.C. §

2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no later than October 8, 2025.
2. If petitioners choose to file a reply, they must do so no later than three business days after respondents file their response.
3. Petitioner has sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

IT IS SO ORDERED.

Dated:  September 30, 2025

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
United States District Judge

Stipulated and agreed to by:

| | |
|---|---|
| American Civil Liberties Union Fund of Michigan | Jerome F. Gorgon Jr.<br>United States Attorney |
| */s/ Miriam J. Aukerman*<br>Miriam J. Aukerman (P63165)<br>1514 Wealthy St., Suite 260<br>Grand Rapids, Michigan 49506<br>(616) 301-0930<br>maukerman@aclumich.org | *s/Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, Michigan  48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| American Civil Liberties Union Fund of Michigan | *Attorneys for Respondents* |
| Ramis J. Wadood (P85791)<br>Philip E. Mayor (P81691)<br>Bonsitu Kitaba-Gaviglio (P78822)<br>2966 Woodward Avenue<br>Detroit, Michigan 48201 | |
| *Attorneys for Petitioners* | |
| Dated: September 29, 2025 | Date: September 29, 2025 |

3