MIE (Rev: 9/09) Order Regarding Reassignment of Companion Case - Civil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jose Daniel Contreras-Cervantes, et al

                    Plaintiff(s),                    Case No.  25-13073

v.                                                   Honorable  Laurie J. Michelson

Immigration and Customs Enforcement, Acting          Magistrate Judge  Curtis Ivy, Jr.
Director of Detroit Field Office, Enforcement, et al.

                    Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. _____25-12486_____. Pursuant to E.D. Mich LR
83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Brandy R. McMillion
and Magistrate Judge  Elizabeth A. Stafford        .

                                        s/Laurie J. Michelson
                                        Laurie J. Michelson
                                        United States District Judge

                                        s/Brandy R. McMillion
                                        Brandy R. McMillion
                                        United States District Judge

_____

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type:  CIVIL

        If the District Judge assigned to the companion case is located at another place of holding court, the office
code will be changed accordingly.

Date:  10/7/2025                              s/S Schoenherr
                                             Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Brandy R. McMillion